UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KHATIB HASAN
         Plaintiff,

 -against-

FINANCIAL RECOVERY SERVICES, INC.
         Defendants.

------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

**ORDER**

06 Civ. 1498 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/09

A suggestion of settlement having been made, it is hereby

ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned.

   SO ORDERED.

Dated:  New York, New York
     October 22, 2009

              ALVIN K. HELLERSTEIN
              United States District Judge